# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRETT KEMNOW**                                                                 **PLAINTIFF**

**v.**                                        **4:21-CV-00312-BSM**

**SOCIAL SECURITY ADMINISTRATION**                                   **DEFENDANT**

## ORDER

After careful consideration, Magistrate Judge Patricia S. Harris's recommended disposition is adopted. The Commissioner's decision is hereby reversed and remanded for further review.

IT IS SO ORDERED this 14th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE