IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRETT KEMNOW**                                                                                          **PLAINTIFF**

**v.**                                              **4:21-CV-00312-BSM**

**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is reversed and remanded for further proceedings.

IT IS SO ORDERED this 14th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE