# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRET KEMNOW**  **PLAINTIFF**

v.  **CASE NO. 4:21-CV-00312-BSM**

**KILILO KIJAKAZI, Commissioner**  **DEFENDANT**
of Social Security Administration

## ORDER

Brett Kemnow's motion for attorney's fees and other expenses in the amount of $7,398.50 [Doc. No. 18] is granted, and payment shall be made to Kemnow. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (fees award pursuant to section 2412 is payable to claimant rather than attorney).

IT IS SO ORDERED this 26th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE